UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| FLOYD HEUGHAN,<br><br>    Plaintiff,<br><br>v.<br><br>WYETH, LLC., et al.,<br><br>    Defendants. | 3:13-CV-0259<br>Judge Trauger<br>Magistrate Judge Knowles |

## ORDER

Coming before the Court is the Motion of Jeffrey J. Lowe, Jacob A. Flint and the law firm of Carey Danis & Lowe to Withdraw as Counsel for Plaintiff in the above matter. The Court having considered the matter, orders as follows:

Motion of Jeffrey J. Lowe, Jacob A. Flint and Carey Danis & Lowe to withdraw as Counsel for Plaintiff is hereby **granted.**

Plaintiff Floyd Heughan is granted sixty (60) days from the date of this Order to have new counsel enter an appearance on behalf of plaintiff or advise the Court that he will be proceeding *pro se*. Failure to do so will result in dismissal.

**SO ORDERED:**

_____    3/29/13
Judge                        date