IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

FLOYD HEUGHAN     No. 3:13-cv-0259

V.     Judge Trauger

WYETH LLC, ET AL.     Magistrate Judge Knowles

### ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

This cause came on to be heard on the Motion of Actavis Elizabeth LLC ("Actavis") to substitute Brigid M. Carpenter and Caldwell G. Collins of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC as its counsel, and to permit its current counsel, Caroline M. Tinsley of Baker, Sterchi, Cowden & Rice, LLC, to withdraw. The Court, having considered said Motion, and otherwise being fully advised in the premises, finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Caroline M. Tinsley be permitted to withdraw, and is hereby withdrawn, from the representation of Defendant Actavis Elizabeth LLC in connection with this matter.

IT IS FURTHER ORDERED AND ADJUDGED that Brigid M. Carpenter and Caldwell G. Collins are hereby substituted as attorneys of record for Defendant Actavis Elizabeth LLC in this matter.

SO ORDERED AND ADJUDGED this \_\_\_6th\_\_\_ day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE