```
                  UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION
```

FLOYD HEUGHAN,                    )
                                  )
    Plaintiff,                  )
                                  )
      v.                      )    NO. 3:13-0259
                                  )    Judge Trauger/Bryant
WYETH LLC, et al.,                )
                                  )
    Defendants.                 )

### O R D E R

This case is set for a status conference before the undersigned Magistrate Judge on **Wednesday, June 19, 2013, at 10:00 a.m., in** 776 U.S. Courthouse, 801 Broadway, Nashville, TN.

It is so **ORDERED**.

                                            s/ John S. Bryant
                                            JOHN S. BRYANT
                                            United States Magistrate Judge