IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| FLOYD HEUGHAN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0259 |
| | ) | Judge Trauger |
| WYETH, LLC, *et al.*, | ) | Magistrate Judge Bryant |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On November 6, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 113), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(b), FED. R. CIV. P., for plaintiff's failure to prosecute.

It is so **ORDERED.**

ENTER this 8th day of January 2014.

_____
ALETA A. TRAUGER
U.S. District Judge